IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SABINA BURTON,

    Plaintiff,

  v.

Case No. 17-cv-36-jdp

BOARD OF REGENTS OF THE
UNIVERSITY OF WISCONSIN SYSTEM,
CHANCELLOR DENNIS SHIELDS,
JANELLE CROWLEY, DR. STACI STROBL,
DR. MELISSA GORMLEY,
DR. ELIZABETH THROOP, ROBERT
ATWELL, JOHN ROBERT BEHLING, JOSE
DELGADO, DR. TONY EVERS, MICHAEL
GREBE, DR. EVE HALL, MIKE JONES,
TRACEY KLEIN, REGINA MILLNER,
JANICE MUELLER, DREW PETERSEN,
CHRIS PETERSON, JASON PLANTE,
RYAN RING, BRYAN STEIL, S. MARK
TYLER, GERALD WHITBURN, DANIEL
FAIRCHILD, DR. ELIZABETH FRIEDERS,
DR. QIONG LI, DR. MARY ROSE
WILLIAMS, DR. MICHAEL DALECKI, DR.
PATRICK SOLAR, DR. CHERYL
BANACHOWSKI-FULLER,
AND DEBORAH RICE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/4/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |